DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DUILDER GRAMAJO GRAMAJO,**
Appellant,

v.

**CESAR ABEL GRAMAJO GRAMAJO** and
**LUISA LAURA GRAMAJO MAZARIEGOS,**
Appellees.

No. 4D17-1586

[December 14, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 2016DR008865XXXXNB.

Felix A. Montanez, Miami, for appellant.

Cesar Abel Gramajo Gramajo, West Palm Beach, pro se.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***